IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-02307-RPM

SIMON EYLES and
LINDA EYLES,

    Plaintiffs,

v.

ZURICH AMERICAN INSURANCE COMPANY,

    Defendant.

___

ORDER DENYING MOTION TO REMAND

___

On October 20, 2010, the plaintiff filed a motion to remand for lack of subject matter jurisdiction, alleging that the Notice of Removal is improvident in that the amount in controversy is not shown to be in excess of $75,000. It is clear from the complaint seeking damages that an amount greater than $75,000 is sought to be recovered. In the absence of an affirmative disavowal of any intent to recover less than $75,000, the subject matter jurisdiction is present. Accordingly, it is

    ORDERED that the motion to remand is denied.

    Dated: October 21st, 2010

                                  BY THE COURT:

                                  s/Richard P. Matsch
                                  _____
                                  Richard P. Matsch, Senior District Judge