# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02307-RPM

**SIMON EYLES** and
**LINDA EYLES,**

    Plaintiffs,

v.

**ZURICH AMERICAN INSURANCE COMPANY**, a New York corporation, and
**ASSURANCE COMPANY OF AMERICA**, a New York corporation.

    Defendants.

## ORDER

    THIS MATTER, having come before the COURT on the Plaintiff's Unopposed Motion to Amend Complaint to Add a Defendant, being fully advised, and having found good cause to grant the requested relief,

    IT IS HEREBY ORDERED that the Plaintiff's Motion is GRANTED. Plaintiffs' Amended Complaint and Jury Demand, attached as **Exhibit 1** to the Motion, is hereby accepted for filing.

    Dated this 12th day of November 2010.

                                            BY THE COURT:

                                            s/Richard P. Matsch
                                            _____
                                            Richard P. Matsch, Senior District Judge