IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-02307-RPM

SIMON EYLES and
LINDA EYLES,

    Plaintiffs,

v.

ZURICH AMERICAN INSURANCE COMPANY,

    Defendant.

___

ORDER FOR DISMISSAL
___

    Pursuant to the Stipulation for Dismissal with Prejudice filed by the parties on June 3, 2011, it is

    ORDERED that this action is dismissed with prejudice, each party to bear their own costs.

    Dated:   June 6th, 2011

                                            BY THE COURT:

                                            s/Richard P. Matsch
                                            _____
                                            Richard P. Matsch, Senior District Judge